**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 153 MAL 2023

Respondent

v.

SEAN M. DONAHUE,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 154 MAL 2023

Respondent

v.

SEAN M. DONAHUE,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 155 MAL 2023

Respondent

v.

SEAN M. DONAHUE,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 156 MAL 2023

Respondent

v.

Petition for Allowance of Appeal
from the Order of the Superior Court

Petition for Allowance of Appeal
from the Order of the Superior Court

Petition for Allowance of Appeal
from the Order of the Superior Court

Petition for Allowance of Appeal
from the Order of the Superior Court

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 157 MAL 2023

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

        v.

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 158 MAL 2023

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

        v.

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 159 MAL 2023

        Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

        v.

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 160 MAL 2023

        Respondent

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| SEAN M. DONAHUE, | : |  |
|  | : |  |
| Petitioner | : |  |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.

[153 MAL 2023, 154 MAL 2023, 155 MAL 2023, 156 MAL 2023, 157 MAL 2023, 158 MAL 2023, 159 MAL 2023 and 160 MAL 2023] - 3